UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGGS TECHNOLOGY HOLDINGS, LLC, | Case No.  21-cv-07927-TSH |
| Plaintiff, | **JUDGMENT** |
| v. | |
| VAGARO, INC., | |
| Defendant. | |

On January 7, 2022, the Court granted Vagaro's motion to dismiss.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Defendant Vagaro, Inc. and against Plaintiff Riggs Technology Holdings, LLC.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 7, 2022

THOMAS S. HIXSON
United States Magistrate Judge